YANO L. RUBINSTEIN (State Bar No. 214277)
PHILLIP SELTZER (State Bar No. 267738)
RUBINSTEIN LAW
660 Fourth Street, #302
San Francisco, California 94107
Telephone:  415-967-1970
Facsimile:  415-236-6409
*yano@rublaw.com*
*phil@rublaw.com*

Attorneys for Plaintiff
ADAM DUCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM DUCE, an individual, | Case No. 3:14-CV-00184-JST |
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| MACHINE HEAD, a California general partnership; HEAD MACHINE TOURING, INC., a California corporation; ROBERT FLYNN, an individual; DAVID MCCLAIN, an individual; PHIL DEMMEL, an individual; JARED MACEACHERN, an individual; JOSEPH W. HUSTON MANAGEMENT AND CONSULTING, L.L.C.; JOSEPH W. HUSTON, an individual; NUCLEAR BLAST AMERICA, INC., a Nevada corporation; and DOES 1-100, inclusive; | |
| Defendants. | |

1 **[PROPOSED] ORDER**

2 The Court, having considered the Parties' Stipulation to Continue Case Management

3 Conference, and finding good cause therefore:

4 IT IS HEREBY ORDERED as follows:

5 The Case Management Conference in this action shall be continued from July 9, 2014

6 until ~~July 30, 2014~~ August 20, 2014.  The Joint Case Management Statement is due by ~~July 16, 2014~~ August 6, 2014.  All other

7 orders of this Court are to remain in full force and effect.

8 IT IS SO ORDERED.

10 DATED: May 30, 2014



IT IS SO ORDERED AS MODIFIED
Judge Jon S. Tigar