YANO L. RUBINSTEIN (State Bar No. 214277)
PHILLIP SELTZER (State Bar No. 267738)
RUBINSTEIN LAW
660 Fourth Street, #302
San Francisco, California 94107
Telephone:  415-967-1970
Facsimile:  415-236-6409
*yano@rublaw.com*
*phil@rublaw.com*

Attorneys for Plaintiff
ADAM DUCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM DUCE, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>MACHINE HEAD, a California general partnership; HEAD MACHINE TOURING, INC., a California corporation; ROBERT FLYNN, an individual; DAVID MCCLAIN, an individual; PHIL DEMMEL, an individual; JARED MACEACHERN, an individual; JOSEPH W. HUSTON MANAGEMENT AND CONSULTING, L.L.C.; JOSEPH W. HUSTON, an individual; NUCLEAR BLAST AMERICA, INC., a Nevada corporation; and DOES 1-100, inclusive;<br><br>   Defendants. | Case No. 3:14-CV-00184-JST<br><br>**[PROPOSED] ORDER CONTINUING MOTION TO DISMISS** |

1 **[PROPOSED] ORDER**

2  The Court, having considered the Parties' Stipulation to Continue Motion to Dismiss,
3 and finding good cause therefore:
4  IT IS HEREBY ORDERED as follows:
5  Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion to
6 Dismiss") shall be continued to August 21, 2014 at 2:00 p.m.    , 2014.  Plaintiff's response is
7 due July 14, 2014; Defendants' reply is due by July 21, 2014.
8  IT IS SO ORDERED.

9

10 DATED: June 4, 2014



IT IS SO ORDERED
Judge Jon S. Tigar

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[PROPOSED] ORDER CONTINUING MOTION TO DISMISS        CASE NO. 3:14-CV-00184-JST