YANO L. RUBINSTEIN (State Bar No. 214277)
PHILLIP SELTZER (State Bar No. 267738)
RUBINSTEIN LAW
660 Fourth Street, #302
San Francisco, California 94107
Telephone:  415-967-1970
Facsimile:  415-236-6409
*yano@rublaw.com*
*phil@rublaw.com*

Attorneys for Plaintiff
ADAM DUCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM DUCE, an individual, | Case No. 3:14-CV-00184-JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL (FRCP 41(a)(1)(A)(ii)** |
| v. | |
| MACHINE HEAD, a California general partnership; HEAD MACHINE TOURING, INC., a California corporation; ROBERT FLYNN, an individual; DAVID MCCLAIN, an individual; PHIL DEMMEL, an individual; JARED MACEACHERN, an individual; JOSEPH W. HUSTON MANAGEMENT AND CONSULTING, L.L.C.; JOSEPH W. HUSTON, an individual; NUCLEAR BLAST AMERICA, INC., a Nevada corporation; and DOES 1-100, inclusive; | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Adam Duce ("Plaintiff") and his attorneys of record, Rubinstein Law and Defendants Machine Head, Head Machine Touring, Inc., Robert Flynn, David McClain, Phil Demmel, Jared MacEachern, Joseph Huston, Joseph Huston Management And Consulting, L.L.C., and Nuclear Blast America, Inc. ("Defendants") and their attorneys of record Epps & Coulson LLP (collectively, the "Parties"),

that the following Stipulation may be entered as an Order by the Court to give effect to the stipulation set forth below:

1. On July 2, 2014, the Parties participated in private mediation and reached a settlement of this action.
2. Pursuant to that settlement and this stipulation, all of Plaintiff's claims are hereby dismissed with prejudice as to all Defendants.
3. The Parties shall bear their own attorney's fees and costs.

DATED: July 17, 2014                      RUBINSTEIN LAW

By _____/YR/_____
Yano L. Rubinstein
Phillip Seltzer
Attorneys For Plaintiff
ADAM DUCE

DATED: July 17, 2014                      EPPS & COULSON, LLP

By: _____/s/_____
Dawn M. Coulson
Kari Keidser
Attorneys for Defendants MACHINE HEAD, HEAD MACHINE TOURING, INC., ROBERT FLYNN, DAVID MCCLAIN, PHIL DEMMEL, JARED MACEACHERN, JOSEPH HUSTON, JOSEPH HUSTON MANAGEMENT AND CONSULTING, LLC, and NUCLEAR BLAST AMERICA, INC.

IT IS SO ORDERED

Dated: July 17, 2014

IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA